**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK RUBENSTEIN,<br><br>    Plaintiff,<br><br> - v. –<br><br>Y-MABS THERAPEUTICS, INC.,<br><br>    Nominal Defendant,<br><br> - and –<br><br>THOMAS GAD,<br><br>    Defendant. | 22-CV-8929 (KPF)<br>CASE NO. _____ |

<u>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**</u>

   Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff

and his counsel hereby give notice that Plaintiff voluntarily dismisses this case without prejudice

and without costs as to any party. Issue has not been joined.

Dated: New York, NY
   November 21, 2022

         */s/ Miriam Tauber* _____
         Miriam Tauber | MIRIAM TAUBER LAW PLLC
         885 Park Ave. 2A New York NY 10075
         (323) 790-4881 | MiriamTauberLaw@gmail.com

         David Lopez, Esq.
         171 Edge of Woods Rd. PO Box 323
         Southampton NY 11968
         (631) 287-5520 | DavidLopezEsq@aol.com

         James A. Hunter, Esq.
         42 Stagecoach Rd. Pipersville PA 18747
         (646) 666-0122 | Hunter@HunterKmiec.com

         *Attorneys for Plaintiff Mark Rubenstein*